# Vinson&Elkins

Marisa F. Antonelli  mantonelli@velaw.com
**Tel** +1.212.237.0151  **Fax** +1.917.849.5396

August 23, 2023

**VIA CM/ECF**

The Honorable Charles J. Siragusa
United States District Judge
Western District of New York
100 State Street, Room 127
Rochester, New York 14614

Re:   *Lee v. Anderson et al*, No. 6:21-cv-06744-CJS

Dear Judge Siragusa:

    We write to inform the Court that the filings made at docket entry numbers 8, 9, 10, 11, 12, and 13 in the above-captioned action were filed in this action in error. These filings relate to a separate action pending before the Court and were inadvertently also filed in this action. We write to inform the Court that it should disregard these filings, and, to avoid further confusion, we respectfully request that the Court direct the Clerk to terminate docket entry numbers 8, 9, 10, 11, 12, and 13 in the above-captioned action.

    We sincerely apologize, and we are available to discuss should questions arise.

Respectfully submitted,

*/s/ Marisa Antonelli*

Marisa Antonelli
1114 Avenue of Americas
New York, NY 10036
Telephone: (212) 237-0000
Facsimile: (212) 237-0100
Email: mantonelli@velaw.com

---

The Motion to Strike (ECF No. 14) is granted. Docket entries 8-13, which were inadvertently filed in this action by mistake, are stricken from the docket. SO ORDERED. August 24, 2023

*Charles J. Siragusa*
Charles J. Siragusa
United States District Judge W.D.N.Y.

**Vinson & Elkins LLP  Attorneys at Law**
Austin  Dallas  Dubai  Houston  London  Los Angeles
New York  Richmond  San Francisco  Tokyo  Washington

The Grace Building, 1114 Avenue of the Americas, 32nd Floor
New York, NY 10036-7708
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  velaw.com